IGNATZ KRIPAITIS, Respondent, v. J. D. ENGINEERING CORPORATION and JACOB DAMES, Appellants. SIDNEY GONDELMAN, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY LEHNERT, Respondent, v. NOTLIM REALTY CORPORATION and Others, Defendants, and T. & U. MORTGAGE CO., INC., Appellant.— Judgment modified by directing therein that the full amount advanced by appellant, with appropriate interest, is a prior lien to the mortgage made by Notlim Realty Corporation to respondent, instead of limiting said lien to $7,500 with interest, as in said judgment provided. As so modified, the judgment is affirmed, with costs to appellant. The building loan agreement made by appellant does not violate the terms of the subordination agreement made by respondent. There is no finding of fraud. The unfortunate situation created by the failure of respondent to provide for details as to time and amount of advances to be made in the building loan agreement may not be visited upon appellant. Findings of fact and conclusions of law inconsistent herewith are reversed and findings and conclusions accordingly will be made. Lazansky, P. J., Young and Carswell, JJ., concur; Rich and Scudder, JJ., dissent and vote to affirm. Settle order on notice.

FIORE MAGLIANO, Respondent, v. MARY MAGLIANO, Appellant, and JOHN MAGLIANO, Corespondent.— Order denying motion to punish plaintiff for contempt affirmed, without costs, and without prejudice to a renewal thereof on the new situation resulting from the reversal of the judgment in *Magliano* v. *Magliano* (*post*, p. 818), decided herewith. This will enable defendant to have the benefit of a renewal of her motion if she has not, through the medium of an order of the Domestic Relations Court or otherwise, received moneys corresponding to the requirements of the order granting alimony, unless there should exist some other barrier to her having the benefit of such order by reason of some fact which has transpired since the entry of the judgment in *Magliano* v. *Magliano* (*post*, p. 818), *supra*. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

FIORE MAGLIANO, Appellant, v. MARY MAGLIANO and JOHN MAGLIANO, Corespondent, Respondents.— Order and judgment reversed upon the law and the facts, without costs, and a new trial granted. Testimony adduced on behalf of plaintiff, with reference to the framed issues, presented questions of fact which should have been submitted to the jury. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

LORETTA McCULLOUGH, Respondent, v. GEORGE ACKERMAN, Appellant.— Order denying motion for change of venue reversed upon the law and the facts, without costs, and motion granted, without costs. The cause of action arose in Sullivan county, where the great majority of the witnesses reside. None of the witnesses reside in Queens county, where the venue is laid. The convenience of witnesses and the ends of justice will be promoted by the change. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.